RASHEED AL RUSHAID et al., Appellants, v PICTET & CIE et al., Respondents.

Submitted January 23, 2017; decided February 16, 2017

Motion by Swiss Bankers Association et al. for leave to appear amici curiae on the motion for reargument denied.

Judge WILSON taking no part.

AMERICAN ECONOMY INSURANCE COMPANY et al., Respondents, v STATE OF NEW YORK et al., Appellants.

Submitted February 14, 2017; decided February 16, 2017

Motion by Electrical Employers Self-Insurance Safety Plan for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of JOEL R. BRANDES, a Disbarred Attorney, Appellant.

Submitted December 12, 2016; decided February 16, 2017

Motion for reargument denied [*see* 28 NY3d 1041 (2016)].

Judges RIVERA and STEIN taking no part.

MICHAEL J. CARLSON, SR., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, Deceased, and as Assignee of William Porter, Appellant, v AMERICAN INTERNATIONAL GROUP, INC., et al., Respondents.

Submitted February 14, 2017; decided February 16, 2017

Motion by MVP Delivery & Logistics, Inc. for leave to appear amicus curiae on the appeal herein denied.

Judge FAHEY taking no part.